# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| THOMAS M. HOOVER, JR., | : No. 47 WM 2024 |
| Respondent | : |
| v. | : |
| JAMES AND KIM LEWIS, | : |
| Petitioner | : |
| v. | : |
| LISA K. COHEN, | : |
| Respondent | : |

## <u>ORDER</u>

**PER CURIAM**

 **AND NOW**, this 7th day of August, 2024, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is GRANTED. Petitioners shall file a Petition for Allowance of Appeal within seven (7) days of the date of this Order.